UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES, | No. 2:14-cv-0486 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, KERN VALLEY STATE PRISON, | |
| Respondent. | |

Petitioner has requested an extension of time to file an amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motions for extension of time[1] (ECF Nos. 12, 13) are granted;

2. Petitioner shall file an amended petition for writ of habeas corpus within thirty days from the date of this order; and

3. The Clerk of the Court is directed to send petitioner the court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Dated: July 31, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/mp
Jone0486.111

---

[1] Petitioner's first motion is entitled "request/motion for stay," however, it seeks in the alternative an extension of time and is so construed.