UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN, KERN VALLEY STATE PRISON,<br><br>        Respondent. | No.  2:14-cv-0486 JAM GGH P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 14, 2014, petitioner filed a motion to stay pending exhaustion of unexhausted claims.  The records indicate that petitioner initially opened this action by requesting an extension of time to file his federal habeas petition because he did not have access to his personal property while he was in crisis care at California Health Care Facility in Stockton and was recently returned to Kern Valley State Prison.  (ECF No. 1.)  His request was denied, and he then filed his petition on April 14, 2014.  (ECF No. 8.)  Petitioner's motion to stay explains that he is filing his petition with unexhausted claims because the court ordered him to do so, instead of granting him an extension of time.  He indicates that he filed his last exhaustion petition with the California Supreme Court on March 25, 2014, and has been waiting for that court's decision.

/////

By order of May 21, 2014, the motion to stay was addressed but not decided. Petitioner was informed of the deficiencies in the petition, and directed to file an amended petition which sets forth which claims are exhausted, and to clarify Ground Four. Petitioner has now filed an amended petition which appears to be fully exhausted. It does, however, appear to be missing facts and argument pertaining to Ground Four. The amended petition at 6 (ECF No. 15 at 5), reflects that Ground Four is continued, but there is no later page where petitioner completes his discussion of Ground Four. Therefore, he will be given the opportunity to file the missing pages concerning Ground Four.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to stay the proceeding to complete exhaustion, (ECF No. 9), is denied as moot; and

2. Petitioner shall file the missing pages setting forth Ground Four and its supporting facts within twenty-one days of this order.

Dated: November 3, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076
jone0486.stay(2)