UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES, | No. 2:14-cv-0486 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, KERN VALLEY STATE PRISON, | |
| Respondent. | |

Petitioner has requested an extension of time to file a traverse. Good cause appearing, petitioner's request will be granted.

Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 32) is granted;

2. Petitioner's traverse filed on June 1, 2015 is deemed timely filed; and

1

    3.  Petitioner's request for appointment of counsel (ECF No. 34) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: June 9, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/kly
jone0486.111+110