IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY JONES,** | Case No. 2:14-cv-00486-JAM-GGH |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN, KERN VALLEY STATE PRISON,** | |
| Respondent. | |

Good cause appearing,

[ ] Respondent's Request to Seal Document is granted.

[X] Respondent's Request to Seal Document is denied.  At Respondent's invitation, page 404 of the Clerk's Transcript in the record on the state appeal is hereby **UNSEALED**.  Petitioner has raised the issue of his mental competence and has therefore waived any claim of confidentiality over this document.

Dated: February 22, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/jone0486.unseal

1

[Proposed] Order (2:14-cv-00486-JAM-GGH)