UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES,<br><br>Petitioner,<br><br>v.<br><br>KERN VALLEY STATE PRISON,,<br><br>Respondent. | No. 2:14-cv-00486-JAM-GGH<br><br><br><br>ORDER |

Plaintiff is proceeding pro se and in forma pauperis in this federal habeas corpus matter. On November 15, 2017 the magistrate issued Findings and Recommendations that the one remaining claim on plaintiff's Petition, Claim No. 3, should be denied, and gave the parties twenty-one (21) days to file objections. ECF No. 58. Petitioner filed his objections on December 8, 2017. ECF No. 59.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, and the magistrate judge's findings and recommendations, the court ADOPTS the findings and recommendations and will grant defendant's Motion to Dismiss is some respects and deny it in others.

---

[1] All other claims were earlier denied but judgment was withheld until Claim 3 was dealt with. See ECF No. 47.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's petition is dismissed without leave to amend;

2. The Clerk shall enter judgment and close the case;

3. A Certificate of Appealability shall issue for Claim 3 of the petition only.

**IT IS SO ORDERED**.

DATED: 12/19/2017

                                                   /s/ John A. Mendez_____

                                                   UNITED STATES DISTRICT COURT JUDGE