UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KERN VALLEY STATE PRISON Warden,<br><br>　　　　　　Respondent. | No. 2:14-cv-00486-JAM-GGH<br><br>ORDER |

Petitioner, appearing pro se, filed a request for status report regarding his request to proceed in forma pauperis in the Ninth Circuit Court of Appeals on June 20, 2018. ECF No. 64. Having reviewed the docket, the court has found that judgment was entered in this case on December 20, 2017, ECF No. 61, but no notice of appeal is to be found on this court's docket. Nonetheless, a Court of Appeals Case number, 18-16106, has been entered on the docket, ECF No. 63, and petitioner appears to have properly filed his request for Certificate of Appealability with that court on May 21, 2018; the copy of that document filed in this court contains a stamp indicating that the Court of Appeals received the motion on May 21, 2018. ECF No. 62. However, although the Request is addressed to the Court of Appeals, petitioner put no Appellate Court case number on the Request, instead using the case number in which his case had been

1

addressed in this court, 2:14-cv-486-JAM-GGH.  Petitioner is advised that he must direct his Request directly to the Court of Appeals under its case number – 18-16106 – for further handling.

In light of the foregoing IT IS HEREBY ORDERED that:

1. This Order resolves ECF No. 62;

2. Petitioner shall refile his Request for a Certificate of Appealability in the Court of Appeals as directed herein if he wishes to pursue it.

Dated: June 22, 2018

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE